# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:99CR22 LAC

DERRICK STEWART

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on        December 22, 2008

Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by  DEFENDANT PRO SE        on 12/18/08        Doc.# 102

RESPONSES:

BY GOVERNMENT           on 12/22/08        Doc.# 103

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*

LC (1 OR 2)                               Deputy Clerk: Mary Maloy

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 29th day of January, 2009, that:

(a) The relief requested is **DENIED.**

(b) The defendant was held accountable for 5.4 kilograms of cocaine base at sentencing which resulted in a base offense level of 38. Since the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base, the defendant's base offense level, total offense level and guideline imprisonment range are unchanged. Therefore, the defendant is not eligible for any relief pursuant to Amendments 706, 711 and 715.

                                          *s/L.A. Collier*
                                          *LACEY A. COLLIER*

Entered On Docket: _____ By: __        *Senior United States District Judge*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.