# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:99CR22LAC

DERRICK STEWART

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 17, 2009

Motion/Pleadings: MOTION TO SUPPLEMENT MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE   on 2/13/2009   Doc.# 107

RESPONSES:

BY GOVERNMENT   on 2/17/09   Doc.# 108
                on           Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is* ***DENIED.***

*(b) See Government's well reasoned response.*

s/*L.A. Collier*

***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.