UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:99cr22 LAC

DERRICK STEWART

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on      March 4, 2009
Motion/Pleadings: MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION FOR REDUCTION OF HIS SENTENCE, PURSUANT TO §3582(c)(2) (Doc. #102)
Filed by  DEFENDANT PRO SE       on 2/23/09         Doc.# 110

RESPONSES:
IN OPPOSITION BY GOVERNMENT    on 3/4/09       Doc.# 111
_____ on _____ Doc.# _____
____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 5th day of March, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

s/L.A. Collier
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.