UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:99-cr-22/LAC

DERRICK LAMONT STEWART

## REFERRAL AND ORDER

Referred to Judge Collier on   September 1, 2020
Type of Motion/Pleading   MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Filed by:   Defendant   on   9/1//2020   Doc. No.   147
_____ Stipulated/Consented/Joint Pleading/Unopposed
Response: _____ on _____ Doc. No. _____

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/  *Keri Igney*
Deputy Clerk

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 4th day of September, 2020 that:*
(a) *The requested relief is **DENIED**.*
(b) *The Court will not consider early termination unless it is brought forward by the supervising probation officer*

s/ *L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**